# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2363
LT Case No. 2022-30175-CJCI

_____

M. A., FATHER OF L.A., A CHILD,

    Appellant,

v.

DEPARTMENT of CHILDREN
and FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Amanda Peterson, of the Law Offices of Peterson, P.A., Mulberry,
for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, of Guardian ad Litem,
Tallahassee, and Douglas J. Glaid, of Guardian ad Litem, Fort
Lauderdale, for Guardian ad Litem Program.


November 21, 2023


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and WALLIS and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____